Filed: July 1, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2041
(8:07-cv-02271-AW)

DAVID C. SHARP,

       Plaintiff - Appellant,

    v.

COSTCO WHOLESALE CORPORATION,

       Defendant - Appellee.

O R D E R

The court amends its opinion filed June 29, 2009, as follows:

On the cover sheet, district court information section, the case number is corrected to read "8:07-cv-02271-AW."

For the Court – By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2041**

DAVID C. SHARP,

Plaintiff - Appellant,

v.

COSTCO WHOLESALE CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Alexander Williams, Jr., District Judge.  (8:07-cv-02271-AW)

Submitted:  April 29, 2009          Decided:  June 29, 2009

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James S. Maxwell, Joel R. Zuckerman, Ethan S. Burger, MAXWELL & BARKE, LLC, Rockville, Maryland, for Appellant. Charles A. Valente, Margaret A. Lavanish, KRASNOW SAUNDERS CORNBLATH, LLP, Chicago, Illinois, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David C. Sharp appeals the district court's order granting the defendant's motion to dismiss for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sharp v. Costco Wholesale Corp., No. 8:08-cv-02271-AW (D. Md. Aug. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2